1 | Ji-In Lee Houck (SBN 280088)
*jiin@houckfirm.com*
2 | **THE HOUCK FIRM**
16501 Ventura Blvd, Suite 400-199
3 | Encino, CA 91436
Tel: (888) 446-8257
4 |

5 | Brett Lewis, Esq. (*pro hac vice* forthcoming)
*Brett@iLawco.com*
6 | Michael Cilento, Esq. (*pro hac vice* forthcoming)
*Michael@iLawco.com*
7 | **LEWIS & LIN, LLC**
77 Sands Street, 6th Floor
8 | Brooklyn, NY 11201
Tel: (718) 243-9323
9 | Fax: (718) 243-9326

10 | *Attorneys for VPN.COM LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| VPN.COM LLC, | |
|---|---|
| *Plaintiff*, | Case No: 2:22-cv-04453 |
| vs. | |
| GEORGE DIKIAN; QIANG DU; and JOHN DOE | **CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF VPN.COM LLC** |
| *Defendants*. | |

CORPORATE DISCLOSURE STATEMENT BY PLAINTIFF
1

**TO THIS COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 40.2, the undersigned, counsel of record for Plaintiff VPN.COM LLC ("VPN") (hereinafter "Plaintiff"), certifies that Plaintiff, as of this date, does not have a parent corporation and that no publicly held corporation holds 10% or more of its stock.

Dated: June 29, 2022

Respectfully Submitted:

**THE HOUCK FIRM**

By: /s/ Ji-In Lee Houck
JI-IN LEE HOUCK

**LEWIS & LIN, LLC**

/s/ Brett Lewis
Brett E. Lewis (*proc hac vice forthcoming*)

Attorneys for Plaintiff