Ji-In Lee Houck (SBN 280088)
jiin@houckfirm.com
THE HOUCK FIRM
16501 Ventura Blvd, Suite 400-199
Encino, CA 91436
Tel: (888) 446-8257

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC <br><br> v. Plaintiff(s) <br><br> GEORGE DIKIAN; QIANG DU; and JOHN DOE <br><br> Defendant(s). | CASE NUMBER <br> 2:22-cv-04453-AB-MAR <br><br> (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Cilento, Michael D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

347-404-5844
*Telephone Number*

718-243-9326
*Fax Number*

michael@iLawco.com
*E-Mail Address*

of

Lewis & Lin LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
VPN.COM LLC

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Houck Ji-In
*Designee's Name (Last Name, First Name & Middle Initial)*

280088
*Designee's Cal. Bar No.*

(888) 446-8257
*Telephone Number*

*Fax Number*

jiin@houckfirm.com
*E-Mail Address*

of

THE HOUCK FIRM
16501 Ventura Blvd, Suite 400-199
Encino, CA 91436
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated _____                                    _____
                                                U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1