Ji-In Lee Houck (SBN 280088)
jiin@houckfirm.com
THE HOUCK FIRM
16501 Ventura Blvd, Suite 400-199
Encino, CA 91436
Tel: (888) 446-8257

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC <br><br> v. <br><br> Plaintiff(s) <br><br> GEORGE DIKIAN; QIANG DU; and JOHN DOE <br><br> Defendant(s). | CASE NUMBER <br> 2:22-cv-04453-AB-MAR <br><br> (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Lewis, Brett E.  of  Lewis & Lin LLC
*Applicant's Name (Last Name, First Name & Middle Initial)*  77 Sands Street, 6th Floor
Brooklyn, NY 11201

718-243-9323 (ext. 2)     718-243-9326
*Telephone Number*     *Fax Number*

Brett@iLawco.com
*E-Mail Address*     *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
VPN.COM LLC

*Name(s) of Party(ies) Represented*      ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Houck, Ji-In L.  of  THE HOUCK FIRM
*Designee's Name (Last Name, First Name & Middle Initial)*  16501 Ventura Blvd, Suite 400-199
Encino, CA 91436

280088     (888) 446-8257
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jiin@houckfirm.com
*E-Mail Address*      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated _____        _____
                     U.S. District Judge/U.S. Magistrate Judge