# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC<br><br>                                    v.<br>Plaintiff(s)<br><br>GEORGE DIKIAN;<br>QIANG DU; and<br>JOHN DOE<br><br>Defendant(s). | **CASE NUMBER**<br><br>2:22-cv-04453-AB-MAR<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Cilento, Michael D.  of  Lewis & Lin LLC
*Applicant's Name (Last Name, First Name & Middle Initial)*    77 Sands Street, 6th Floor
347-404-5844         718-243-9326          Brooklyn, NY 11201
*Telephone Number*    *Fax Number*
michael@iLawco.com
*E-Mail Address*                                       *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
VPN.COM LLC

*Name(s) of Party(ies) Represented*     ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
and designating as Local Counsel
Houck Ji-In      of   THE HOUCK FIRM
*Designee's Name (Last Name, First Name & Middle Initial)*   16501 Ventura Blvd, Suite 400-199
280088      (888) 446-8257                Encino, CA 91436
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
jiin@houckfirm.com
*E-Mail Address*                                   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☒ not be refunded.

Dated July 6, 2022                          _____
                                            **U.S. District Judge**