UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC<br><br>Plaintiff(s)<br><br>v.<br><br>GEORGE DIKIAN;<br>QIANG DU; and<br>JOHN DOE<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-04453-AB-MAR<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Lewis, Brett E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

718-243-9323 (ext. 2)   718-243-9326
*Telephone Number*   *Fax Number*

Brett@iLawco.com
*E-Mail Address*

of
Lewis & Lin LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
VPN.COM LLC

*Name(s) of Party(ies) Represented*      ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Houck, Ji-In L.
*Designee's Name (Last Name, First Name & Middle Initial)*

280088   (888) 446-8257
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jiin@houckfirm.com
*E-Mail Address*

of
THE HOUCK FIRM
16501 Ventura Blvd, Suite 400-199
Encino, CA 91436
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☒ not be refunded.

Dated  July 6, 2022
_____
U.S. District Judge