Brett Lewis, Esq. (*pro hac vice*)
*Brett@iLawco.com*
Michael Cilento, Esq. (*pro hac vice*)
*Michael@iLawco.com*
**LEWIS & LIN, LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326


Ji-In Lee Houck (SBN 280088)
*jiin@houckfirm.com*
**THE HOUCK FIRM**
16501 Ventura Blvd, Suite 400-199
Encino, CA 91436
Tel: (888) 446-8257
*Attorneys for VPN.COM LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC,<br>　　　　　*Plaintiff*,<br>　　vs.<br>GEORGE DIKIAN;<br>QIANG DU; and<br>JOHN DOE<br>　　　　　*Defendants*. | Case No: 2:22-cv-04453-AB-MAR<br><br>**DECLARATION OF**<br>**MICHAEL GARGULIO** |

**DECLARATION OF MICHAEL GARGULIO**

1

I, Michael Gargiulo, declare as follows:

1. I have personal knowledge of all matters stated herein, or I am familiar with the facts and circumstances of the matters stated herein based upon records and files maintained by myself or Plaintiff VPN.COM LLC ("VPN"), or consultation with people familiar with the matters stated below. If called as a witness, I could and would competently testify to these matters.

2. I am an ownership member of VPN. I have read the Complaint in this action (Doc. 1, filed June 29, 2022) (the "Complaint"), and to the best of my knowledge, the matters stated in the Complaint are true and correct.

3. The Defendant George Dikian ("Dikian") is well known to me and VPN, and to the domain investor community in general.

4. VPN and representatives had communications with Dikian dating as far back as 2015, and the email addresses used by Dikian at those times were G.Dikian@yahoo.com and George@37.net.

5. VPN and representatives have also had many communications back and forth with Dikian throughout the relevant time period in the Complaint, this year, through Dikian's email addresses of G.Dikian@yahoo.com and George@37.net.

6. That these email addresses belong to Dikian was also confirmed by VPN through internal investigation of historical Whois records tied to the

domain name <89.com> as well as other domains at issue in the Complaint and owned by Dikian. Indeed, George@37.net has been the Whois registrant and administrative email of record for 89.com since July, 2012.

7. Furthermore, on May 12, 2022, I had a phone conversation with Dikian, whereon, among other things, Dikian confirmed that the email addresses G.Dikian@yahoo.com and George@37.net did indeed belong to and were used by Dikian.

8. Upon information and belief, Dikian provided a physical address and identification card to Escrow.com, which allowed Dikian's Escrow.com account to be Verified. Due to privacy policies, however, VPN has been unable to receive this information to date from Escrow.com.

9. VPN has been unable to locate or pinpoint Dikian's exact location within California or United States.

10. As to the Defendant Qiang Du ("Du"), VPN's sole communications with Du were through Du's email address of rhwdomains@gmail.com.

11. Du provided this email and his location of Hong Kong as Du's contact details when Du first contacted VPN in April, 2022.

12. Since that time, VPN has had numerous communications with Du through Du's email address of rhwdomains@gmail.com.

13. Du has never provided a physical address that Du maintains, other than that Du stated Du was located in Hong Kong.

14. VPN has been unable to locate or pinpoint Du's exact location within Hong Kong.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of August, 2022 in the State of Georgia, USA.

*/s/ Michael Gargulio*
Michael Gargulio