## DECLARATION OF NON-SERVICE

| | |
|---|---|
| CASE NAME: | **VPN.COM LLC,** |
| | **v.** |
| | **GEORGE DIKIAN; et al.** |
| CASE NUMBER: | **2:22-CV-4453-AB-MAR** |

      I am and was on the dates herein mentioned, over the age of 18 years and not a party to the action. I received the within process on *July 8, 2022* and after due diligent effort, I have been unable to effect personal service of the following documents on the within named: **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE RE: LEWIS, BRETT E.; APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE RE: CILENTO, MICHAEL D.; NOTICE OF PRO HAC VICE APPLICATION DUE; ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE; NOTICE OF PRO HAC VICE APPLICATION RE: LEWIS, BRETT E.; ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE RE: CILENTO, MICHAEL D.; NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION; CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF VPN.COM LLC; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; STANDING ORDER; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR); NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

| | |
|---|---|
| Name: | **George Dikian** |
| Business Address: | **1219 Vine Street** |
| | **Los Angeles, CA 90038** |

Dates and times of attempts with reported detail is listed below.

| Date | Time | Location | Result |
|---|---|---|---|
| 07/11/22 | 1:15 p.m. | Business | I arrived at the address given for service of process. The address corresponds to a business by the name of "Taglyan Cultural Complex (Hall)". I spoke with a male employee who stated the subject is unknown. No further information was provided. |

      I declare under penalty of perjury that the foregoing is true and correct. Executed this *19th* day of *August 2022* at *Los Angeles, California*.

Process Server for
**Ace Attorney Service, Inc.**
811 Wilshire Boulevard, Suite 900
Los Angeles, California 90017

_____
      **Erika Garcia**

#2082498R