1
2
3
4
5
6

7
8

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

9
10
11
12
13
14
15
16
17

| | |
|---|---|
| VPN.COM LLC, *Plaintiff*, vs. GEORGE DIKIAN; QIANG DU; and JOHN DOE *Defendants*. | Case No: 2:22-cv-04453-AB-MAR **ORDER** |

18
19
20
21
22
23
24
25
26
27
28

Having reviewed the application of the Plaintiff, VPN.COM LLC ("VPN"), and the Memorandum and Points and Authorities, and the Declarations submitted therewith, for an order, pursuant to Fed. R. Civ. P. 4(e), Fed. R. Civ. P. 4(f), Cal. Civ. Proc. Code § 413.30, and L.R 7-19, allowing VPN to perform alternative service of process on Defendants via electronic mail (the "Application"), the Court finds that VPN has presented good cause to allow service of process on Defendants George Dikian ("Dikian") and Qiang Du ("Du") at their known email addresses.

The Court therefore GRANTS VPN's Application, and VPN may serve the Summons and Complaint in this action on Dikian and Du as follows:

<u>To Dikian at</u>: G.Dikian@yahoo.com and George@37.net

<u>To Du at</u>: rhwdomains@gmail.com

VPN shall file proof of service on the docket once service per the above is completed.

IT IS SO ORDERED.

Dated August _____, 2022

_____
Honorable André Birotte Jr.
USDC