Brett Lewis, Esq. (*pro hac vice*)
*Brett@iLawco.com*
Michael Cilento, Esq. (*pro hac vice*)
*Michael@iLawco.com*
**LEWIS & LIN, LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326


Ji-In Lee Houck (SBN 280088)
*jiin@houckfirm.com*
**THE HOUCK FIRM**
16501 Ventura Blvd, Suite 400-199
Encino, CA 91436
Tel: (888) 446-8257
*Attorneys for VPN.COM LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC,<br>            *Plaintiff*,<br><br>    vs.<br><br>GEORGE DIKIAN;<br>QIANG DU; and<br>JOHN DOE<br><br>            *Defendants*. | Case No: 2:22-cv-04453-AB-MAR<br><br>**DECLARATION OF SERVICE** |

**DECLARATION OF MICHAEL CILENTO**

1

I, Michael D. Cilento, Esq., declare as follows:

1. On September 14, 2022, I sent a Registered Email, with a tracking number and delivery and read receipts, to Defendant George Dikian at George@37.net and G.Dikian@yahoo.com (the "Service Email").

2. The Service Email was sent at 12:59pm ET.

3. The Service Email was opened and read at 1:05pm ET.

4. The Service Email contained the following PDF attachments, which were printed from the Docket in this action:

| 0.5 MB | 0001 Complaint VPN v Dikian.pdf |
| 330.5 KB | 0003 Corp. Disclosure Vpn v Dikian et al.pdf |
| 3.0 MB | 0002 Civil Cover Sheet Vpn v Dikian et al.pdf |
| 19.5 KB | 0005 Notice of Judge Assignment VPn v Dikian et al.pdf |
| 231.6 KB | 0008 Summons Issued Dikian.pdf |
| 285.7 KB | 0018 Order Granting Alternative Service.pdf |

5. Attached hereto as **Exhibit 1** is a true and correct copy of the Service Email.

6. Attached hereto as **Exhibit 2** is a true and correct copy of the registered receipt of the Service Email.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September, 2022 in Brooklyn, New York, USA.

_____
Michael Cilento

**DECLARATION OF MICHAEL CILENTO**

2