# Exhibit 1:

# Service Email



Mike Cilento <michael@ilawco.com>

## complaint in California district court
1 message

**Mike Cilento** <michael@ilawco.com>  Wed, Sep 14, 2022 at 1:59 PM
To: George@37.net, g.dikian@yahoo.com

Dear George Dikian -

Pursuant to Court Order, please see attached the summons, complaint, and other case initialing documents filed in the case 2:22-cv-04453-AB-MAR VPN.com LLC v. George Dikian et al.

Pursuant to that Order, also attached, you will have 21 days from the date of our filing of proof of this email being sent to respond to the complaint.

Please let me know if you have any questions. Please also forward this to your legal counsel.

Thanks
Mike



**Michael D. Cilento, Esq.**
Lewis & Lin LLC
77 Sands Street, 6th Floor  |  Brooklyn, NY 11201
direct 347-404-5844  |  fax 718-243-9326
iLawco.com   |   TrademarkAttorneys.com   |   Defamation.nyc



This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

---

**6 attachments**

- **0001 Complaint VPN v Dikian.pdf**
  549K
- **0003 Corp. Disclosure Vpn v Dikian et al.pdf**
  331K
- **0002 Civil Cover Sheet Vpn v Dikian et al.pdf**
  3044K
- **0005 Notice of Judge Assignment VPn v Dikian et al.pdf**
  20K
- **0008 Summons Issued Dikian.pdf**
  232K
- **0018 Order Granting Alternative Service.pdf**
  286K