# Exhibit 2:

# Registered Receipt

 

# REGISTERED RECEIPT
### EVIDENCE OF DELIVERY, CONTENT & TIME

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net' or click here**

## Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| g.dikian@yahoo.com | Delivered and Opened | HTTP-IP:69.147.90.62 | 09/14/2022 05:59:21 PM (UTC) | 09/14/2022 12:59:21 PM (UTC -05:00) | 09/14/2022 01:05:13 PM (UTC -05:00) |
| george@37.net | Delivered and Opened | HTTP-IP:69.147.90.62 | 09/14/2022 05:59:21 PM (UTC) | 09/14/2022 12:59:21 PM (UTC -05:00) | 09/14/2022 01:05:13 PM (UTC -05:00) |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

## Message Envelope

| | |
|---|---|
| From: | Mike Cilento <michael@ilawco.com> |
| Subject: | complaint in California district court |
| To: | <g.dikian@yahoo.com> <george@37.net> |
| Cc: | |
| Bcc: | |
| Network ID: | <CAOXY5C_jW-wdSizUrJvd=WYJZWA3R9FOR0GhmXqpDuYHKKKQbA@mail.gmail.com> |
| Received by RMail System: | 09/14/2022 05:59:17 PM (UTC) |
| Client Code: | |

## Message Statistics

| | |
|---|---|
| Tracking Number: | C7D7B4209A2FE87205CC38257CC1C508AC6101A4 |
| Message Size: | 6258434 |
| Features Used: | R  RR |

| File Size: | File Name: |
|---|---|
| 0.5 MB | 0001 Complaint VPN v Dikian.pdf |
| 330.5 KB | 0003 Corp. Disclosure Vpn v Dikian et al.pdf |
| 3.0 MB | 0002 Civil Cover Sheet Vpn v Dikian et al.pdf |
| 19.5 KB | 0005 Notice of Judge Assignment VPn v Dikian et al.pdf |
| 231.6 KB | 0008 Summons Issued Dikian.pdf |
| 285.7 KB | 0018 Order Granting Alternative Service.pdf |

## Delivery Audit Trail

9/14/2022 5:59:19 PM starting yahoo.com/{default} 9/14/2022 5:59:19 PM connecting from mta21.r1.rpost.net (0.0.0.0) to mta7.am0.yahoodns.net (67.195.204.77) 9/14/2022 5:59:19 PM connected from 192.168.10.11:36572 9/14/2022 5:59:19 PM >>> 220 mtaproxy111.free.mail.bf1.yahoo.com ESMTP ready 9/14/2022 5:59:19 PM <<< EHLO mta21.r1.rpost.net 9/14/2022 5:59:19 PM >>> 250-mtaproxy111.free.mail.bf1.yahoo.com 9/14/2022 5:59:19 PM >>> 250-PIPELINING 9/14/2022 5:59:19 PM >>> 250-SIZE 41943040 9/14/2022 5:59:19 PM >>> 250-8BITMIME 9/14/2022 5:59:19 PM >>> 250 STARTTLS 9/14/2022 5:59:19 PM <<< STARTTLS 9/14/2022 5:59:20 PM >>> 220 Ready for TLS 9/14/2022 5:59:20 PM tls:TLSv1.2 connected with 128-bit ECDHE-RSA-AES128-GCM-SHA256 9/14/2022 5:59:20 PM tls:Cert: /C=US/ST=California/L=Sunnyvale/O=Oath Holdings Inc./CN=*.mail.am0.yahoodns.net; issuer=/C=US/O=DigiCert Inc/OU=www.digicert.com/CN=DigiCert SHA2 High Assurance Server CA; verified=no 9/14/2022 5:59:20 PM <<< EHLO mta21.r1.rpost.net 9/14/2022 5:59:20 PM >>> 250-mtaproxy111.free.mail.bf1.yahoo.com 9/14/2022 5:59:20 PM >>> 250-PIPELINING 9/14/2022 5:59:20 PM >>> 250-SIZE 41943040 9/14/2022 5:59:20 PM >>> 250-8BITMIME 9/14/2022 5:59:20 PM >>> 250 OK 9/14/2022 5:59:20 PM <<< MAIL FROM: BODY=8BITMIME 9/14/2022 5:59:20 PM >>> 250 sender ok 9/14/2022 5:59:20 PM <<< RCPT TO: 9/14/2022 5:59:20 PM >>> 250 recipient ok 9/14/2022 5:59:20 PM <<< DATA 9/14/2022 5:59:20 PM >>> 354 go ahead 9/14/2022 5:59:21 PM <<< . 9/14/2022 5:59:26 PM >>> 250 ok dirdel 9/14/2022 5:59:26 PM <<< QUIT 9/14/2022 5:59:26 PM >>> 221 2.0.0 Bye 9/14/2022 5:59:26 PM closed mta7.am0.yahoodns.net (67.195.204.77) in=436 out=6258850 9/14/2022 5:59:26 PM done yahoo.com/{default}

9/14/2022 5:59:20 PM starting 37.net/{default} 9/14/2022 5:59:20 PM connecting from mta21.r1.rpost.net (0.0.0.0) to mx1c45.carrierzone.com (216.55.149.41) 9/14/2022 5:59:20 PM connected from 192.168.10.11:44104 9/14/2022 5:59:23 PM >>> 220 mail59c45.carrierzone.com ESMTP Bigfoot 1.0; Wed, 14 Sep 2022 13:59:21 -0400 9/14/2022 5:59:23 PM <<< EHLO mta21.r1.rpost.net 9/14/2022 5:59:23 PM >>> 250-mail59c45.carrierzone.com Hello mta21.r1.rpost.net [52.58.131.9], pleased to meet you 9/14/2022 5:59:23 PM >>> 250-ENHANCEDSTATUSCODES 9/14/2022 5:59:23 PM >>> 250-8BITMIME 9/14/2022 5:59:23 PM >>> 250-SIZE 52428800 9/14/2022 5:59:23 PM >>> 250-DSN 9/14/2022 5:59:23 PM >>> 250-STARTTLS 9/14/2022 5:59:23 PM >>> 250-DELIVERBY 9/14/2022 5:59:23 PM >>> 250 HELP 9/14/2022 5:59:23 PM <<< STARTTLS 9/14/2022 5:59:23 PM >>> 220 2.0.0 Ready to start TLS 9/14/2022 5:59:23 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 9/14/2022 5:59:23 PM tls:Cert: /CN=*.carrierzone.com; issuer=/C=GB/ST=Greater Manchester/L=Salford/O=Sectigo Limited/CN=Sectigo RSA Domain Validation Secure Server CA; verified=no 9/14/2022 5:59:23 PM <<< EHLO mta21.r1.rpost.net 9/14/2022 5:59:23 PM >>> 250-mail59c45.carrierzone.com Hello mta21.r1.rpost.net [52.58.131.9], pleased to meet you 9/14/2022 5:59:23 PM >>> 250-ENHANCEDSTATUSCODES 9/14/2022 5:59:23 PM >>> 250-8BITMIME 9/14/2022 5:59:23 PM >>> 250-SIZE 52428800 9/14/2022 5:59:23 PM >>> 250-DSN 9/14/2022 5:59:23 PM >>> 250-DELIVERBY 9/14/2022 5:59:23 PM >>> 250 HELP 9/14/2022 5:59:23 PM <<< MAIL FROM: BODY=8BITMIME RET=FULL 9/14/2022 5:59:24 PM >>> 250 2.1.0 ... Sender ok 9/14/2022 5:59:24 PM <<< RCPT TO: NOTIFY=SUCCESS,FAILURE,DELAY 9/14/2022 5:59:24 PM >>> 250 2.1.5 ... Recipient ok 9/14/2022 5:59:24 PM <<< DATA 9/14/2022 5:59:24 PM >>> 354 Enter mail, end with "." on a line by itself 9/14/2022 5:59:35 PM <<< . 9/14/2022 5:59:42 PM >>> 250 2.0.0 28EHxLje074174 Message accepted for delivery 9/14/2022 5:59:42 PM <<< QUIT 9/14/2022 5:59:42 PM >>> 221 2.0.0 mail59c45.carrierzone.com closing connection 9/14/2022 5:59:42 PM closed mx1c45.carrierzone.com (216.55.149.41) in=785 out=6258873 9/14/2022 5:59:42 PM done 37.net/{default}

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on

| |
|---|
| the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer mta7.am0.yahoodns.net (67.195.204.77) |
| [IP Address: 69.147.90.62] [Time Opened: 9/14/2022 6:05:13 PM] [REMOTE_HOST: 192.168.20.54] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images/MhtufowJz2yCiGJJ6bYEyyzRllv7TK8whdeK5JmyMjEw.png] HTTP_ACCEPT:image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 HTTP_ACCEPT_ENCODING:gzip HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:YahooMailProxy; https://help.yahoo.com/kb/yahoo-mail-proxy-SLN28749.html HTTP_X_FORWARDED_FOR:69.147.90.62 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-632217d9-29bb2afd07c8aaf0119bb7e3 Accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 Accept-Encoding: gzip Host: open.r1.rpost.net User-Agent: YahooMailProxy; https://help.yahoo.com/kb/yahoo-mail-proxy-SLN28749.html X-Forwarded-For: 69.147.90.62 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-632217d9-29bb2afd07c8aaf0119bb7e3 /LM/W3SVC/13/ROOT 256 2048 CN=SM22.r1.rpost.net CN=SM22.r1.rpost.net 0 CGI/1.1 on 256 2048 CN=SM22.r1.rpost.net CN=SM22.r1.rpost.net 13 /LM/W3SVC/13 192.168.20.209 /open/images/MhtufowJz2yCiGJJ6bYEyyzRllv7TK8whdeK5JmyMjEw.png 192.168.20.54 192.168.20.54 64972 GET /open/images/MhtufowJz2yCiGJJ6bYEyyzRllv7TK8whdeK5JmyMjEw.png open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images/MhtufowJz2yCiGJJ6bYEyyzRllv7TK8whdeK5JmyMjEw.png image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 gzip open.r1.rpost.net YahooMailProxy; https://help.yahoo.com/kb/yahoo-mail-proxy-SLN28749.html 69.147.90.62 https 443 Root=1-632217d9-29bb2afd07c8aaf0119bb7e3 |
| From:"Mail Delivery Subsystem" :The original message was received at Wed, 14 Sep 2022 13:59:24 -0400 from mta21.r1.rpost.net [52.58.131.9] ----- The following addresses had successful delivery notifications ----- (successfully delivered to mailbox) ----- Transcript of session follows ----- ... Successfully delivered |
| [IP Address: 69.147.90.62] [Time Opened: 9/14/2022 6:05:13 PM] [REMOTE_HOST: 192.168.20.54] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images/5QDEgyPeDUJxjZHwFPsbhCsDpIfeqY5gxxtGle1jMjEw.png] HTTP_ACCEPT:image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 HTTP_ACCEPT_ENCODING:gzip HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:YahooMailProxy; https://help.yahoo.com/kb/yahoo-mail-proxy-SLN28749.html HTTP_X_FORWARDED_FOR:69.147.90.62 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-632217d9-446312ea18c3212150a4e522 Accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 Accept-Encoding: gzip Host: open.r1.rpost.net User-Agent: YahooMailProxy; https://help.yahoo.com/kb/yahoo-mail-proxy-SLN28749.html X-Forwarded-For: 69.147.90.62 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-632217d9-446312ea18c3212150a4e522 /LM/W3SVC/5/ROOT 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions DV Server CA 2 CN=tracking.rpost.com 0 CGI/1.1 on 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions DV Server CA 2 CN=tracking.rpost.com 5 /LM/W3SVC/5 192.168.10.186 /open/images/5QDEgyPeDUJxjZHwFPsbhCsDpIfeqY5gxxtGle1jMjEw.png 192.168.20.54 192.168.20.54 33806 GET /open/images/5QDEgyPeDUJxjZHwFPsbhCsDpIfeqY5gxxtGle1jMjEw.png open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/8.5 /open/images/5QDEgyPeDUJxjZHwFPsbhCsDpIfeqY5gxxtGle1jMjEw.png image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 gzip open.r1.rpost.net YahooMailProxy; https://help.yahoo.com/kb/yahoo-mail-proxy-SLN28749.html 69.147.90.62 https 443 Root=1-632217d9-446312ea18c3212150a4e522 |

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                                               An RPost® Technology