1  Brett Lewis, Esq. (*pro hac vice*)
2  *Brett@iLawco.com*
3  Michael Cilento, Esq. (*pro hac vice*)
   *Michael@iLawco.com*
4  **LEWIS & LIN, LLC**
5  77 Sands Street, 6th Floor
   Brooklyn, NY 11201
6  Tel: (718) 243-9323
7  Fax: (718) 243-9326
8

9  Ji-In Lee Houck (SBN 280088)
10 *jiin@houckfirm.com*
   **THE HOUCK FIRM**
11 16501 Ventura Blvd, Suite 400-199
12 Encino, CA 91436
13 Tel: (888) 446-8257
   *Attorneys for VPN.COM LLC*
14

15               **UNITED STATES DISTRICT COURT**
                 **CENTRAL DISTRICT OF CALIFORNIA**
16

17 | VPN.COM LLC,                    |                                   |
18 |            *Plaintiff*,          |                                   |
19 |     vs.                          | Case No: 2:22-cv-04453-AB-MAR     |
20 |                                  | **DECLARATION OF**                 |
21 | GEORGE DIKIAN;                   | **SERVICE**                        |
22 | QIANG DU; and                    |                                    |
   | JOHN DOE                         |                                    |
23 |                                  |                                    |
24 |            *Defendants*.         |                                    |

25
26
27
28

---

**DECLARATION OF MICHAEL CILENTO**

1

I, Michael D. Cilento, Esq., declare as follows:

1. On September 14, 2022, I sent a Registered Email, with a tracking number and delivery and read receipts, to Defendant Qiang Du at rhwdomains@gmail.com (the "Service Email").

2. The Service Email was sent at 4:39pm ET.

3. The Service Email was opened and read at 4:43pm ET.

4. The Service Email contained the following PDF attachments, which were printed from the Docket in this action:

| | |
|---|---|
| 0.5 MB | 0001 Complaint VPN v Dikian.pdf |
| 3.0 MB | 0002 Civil Cover Sheet Vpn v Dikian et al.pdf |
| 330.5 KB | 0003 Corp. Disclosure Vpn v Dikian et al.pdf |
| 19.5 KB | 0005 Notice of Judge Assignment VPn v Dikian et al.pdf |
| 186.0 KB | 0021 Du Summons Issued.pdf |
| 285.7 KB | 0018 Order Granting Alternative Service.pdf |

5. Attached hereto as **Exhibit 1** is a true and correct copy of the registered receipt of the Service Email.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September, 2022 in Brooklyn, New York, USA.

Michael Cilento