# Exhibit 1:

# Registered Receipt



# REGISTERED RECEIPT
### EVIDENCE OF DELIVERY, CONTENT & TIME

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net' or click here**

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| rhwdomains@gmail.com | Delivered and Opened | HTTP-IP:66.249.92.32 | 09/14/2022 09:39:15 PM (UTC) | 09/14/2022 04:39:15 PM (UTC -05:00) | 09/14/2022 04:43:59 PM (UTC -05:00) |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

### Message Envelope

| | |
|---|---|
| From: | mike cilento <michael@ilawco.com> |
| Subject: | complaint in California District Court |
| To: | <rhwdomains@gmail.com> |
| Cc: | |
| Bcc: | |
| Network ID: | 31af7863-9112-4e04-ad1c-f932f5ba634a.8ac23ec3-af16-4093-b386-d60c977a57ec@SM21 |
| Received by RMail System: | 09/14/2022 09:39:11 PM (UTC) |
| Client Code: | |

### Message Statistics

| | |
|---|---|
| Tracking Number: | CB664D8D3B5B81E87AFA9BA1428D8628D7B9C58D |
| Message Size: | 6189886 |
| Features Used: | R  RR |

| File Size: | File Name: |
|---|---|
| 0.5 MB | 0001 Complaint VPN v Dikian.pdf |
| 3.0 MB | 0002 Civil Cover Sheet Vpn v Dikian et al.pdf |
| 330.5 KB | 0003 Corp. Disclosure Vpn v Dikian et al.pdf |
| 19.5 KB | 0005 Notice of Judge Assignment VPn v Dikian et al.pdf |
| 186.0 KB | 0021 Du Summons Issued.pdf |
| 285.7 KB | 0018 Order Granting Alternative Service.pdf |

### Delivery Audit Trail

9/14/2022 9:43:44 PM starting gmail.com/{default} 9/14/2022 9:43:48 PM connecting from mta21.r1.rpost.net (0.0.0.0) to gmail-smtp-in.l.google.com (142.251.5.26) 9/14/2022 9:43:48 PM connected from 192.168.10.11:53937 9/14/2022 9:43:48 PM >>> 220 mx.google.com ESMTP p3-20020adfcc83000000b00229a6326e47si170668wrj.650 - gsmtp 9/14/2022 9:43:48 PM <<< EHLO mta21.r1.rpost.net 9/14/2022 9:43:48 PM >>> 250-mx.google.com at your service, [52.58.131.9] 9/14/2022 9:43:48 PM >>> 250-SIZE 157286400 9/14/2022 9:43:48 PM >>> 250-8BITMIME 9/14/2022 9:43:48 PM >>> 250-STARTTLS 9/14/2022 9:43:48 PM >>> 250-ENHANCEDSTATUSCODES 9/14/2022 9:43:48 PM >>> 250-PIPELINING 9/14/2022 9:43:48 PM >>> 250-CHUNKING 9/14/2022 9:43:48 PM >>> 250 SMTPUTF8 9/14/2022 9:43:48 PM <<< STARTTLS 9/14/2022 9:43:48 PM >>> 220 2.0.0 Ready to start TLS 9/14/2022 9:43:48 PM tls:TLSv1.2 connected with 128-bit ECDHE-ECDSA-AES128-GCM-SHA256 (session reused) 9/14/2022 9:43:48 PM tls:Cert: /CN=mx.google.com; issuer=/C=US/O=Google Trust Services LLC/CN=GTS CA 1C3; verified=no 9/14/2022 9:43:48 PM <<< EHLO mta21.r1.rpost.net 9/14/2022 9:43:48 PM >>> 250-mx.google.com at your service, [52.58.131.9] 9/14/2022 9:43:48 PM >>> 250-SIZE 157286400 9/14/2022 9:43:48 PM >>> 250-8BITMIME 9/14/2022 9:43:48 PM >>> 250-ENHANCEDSTATUSCODES 9/14/2022 9:43:48 PM >>> 250-PIPELINING 9/14/2022 9:43:48 PM >>> 250-CHUNKING 9/14/2022 9:43:48 PM >>> 250 SMTPUTF8 9/14/2022 9:43:48 PM <<< MAIL FROM: BODY=8BITMIME 9/14/2022 9:43:48 PM >>> 250 2.1.0 OK p3-20020adfcc83000000b00229a6326e47si170668wrj.650 - gsmtp 9/14/2022 9:43:48 PM <<< RCPT TO: 9/14/2022 9:43:48 PM >>> 250 2.1.5 OK p3-20020adfcc83000000b00229a6326e47si170668wrj.650 - gsmtp 9/14/2022 9:43:48 PM <<< DATA 9/14/2022 9:43:48 PM >>> 354 Go ahead p3-20020adfcc83000000b00229a6326e47si170668wrj.650 - gsmtp 9/14/2022 9:43:49 PM <<< . 9/14/2022 9:43:53 PM >>> 250 2.0.0 OK 1663191833 p3-20020adfcc83000000b00229a6326e47si170668wrj.650 - gsmtp 9/14/2022 9:43:53 PM <<< QUIT 9/14/2022 9:43:53 PM >>> 221 2.0.0 closing connection p3-20020adfcc83000000b00229a6326e47si170668wrj.650 - gsmtp 9/14/2022 9:43:53 PM closed gmail-smtp-in.l.google.com (142.251.5.26) in=828 out=6190261 9/14/2022 9:43:53 PM done gmail.com/{default}

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer gmail-smtp-in.l.google.com (142.251.5.26)

[IP Address: 66.249.92.32] [Time Opened: 9/14/2022 9:43:59 PM] [REMOTE_HOST: 192.168.10.191] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images/h6vdMWZ48mZI9uB8kZM8GFhe9BiBshnbqUKnCmgzMDIx.png] HTTP_ACCEPT:image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 HTTP_ACCEPT_ENCODING:gzip, deflate, br HTTP_ACCEPT_LANGUAGE:en-US HTTP_HOST:open.r1.rpost.net HTTP_REFERER:http://mail.google.com/ HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 HTTP_X_FORWARDED_FOR:66.249.92.32 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-63224b1f-779109fe20b2b3dd791aa17f Accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 Accept-Encoding: gzip, deflate, br Accept-Language: en-US Host: open.r1.rpost.net Referer: http://mail.google.com/ User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 X-Forwarded-For: 66.249.92.32 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-63224b1f-779109fe20b2b3dd791aa17f /LM/W3SVC/5/ROOT 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions DV Server CA 2 CN=tracking.rpost.com 0 CGI/1.1 on 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions DV Server CA 2 CN=tracking.rpost.com 5 /LM/W3SVC/5

192.168.10.186 /open/images/h6vdMWZ48mZI9uB8kZM8GFhe9BiBshnbqUKnCmgzMDIx.png 192.168.10.191 192.168.10.191 45498 GET /open/images/h6vdMWZ48mZI9uB8kZM8GFhe9BiBshnbqUKnCmgzMDIx.png open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/8.5 /open/images/h6vdMWZ48mZI9uB8kZM8GFhe9BiBshnbqUKnCmgzMDIx.png image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 gzip, deflate, br en-US open.r1.rpost.net http://mail.google.com/ Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 66.249.92.32 https 443 Root=1-63224b1f-779109fe20b2b3dd791aa17f

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                                                                An RPost® Technology