Michael L. Rodenbaugh (California Bar No. 179059)
RODENBAUGH LAW
548 Market Street – Box 55819
San Francisco, California 94104
Phone:  (415) 738-8087
Email:  mike@rodenbaugh.com

*Attorneys for Defendant George Dikian*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC, | Case No.: 2:2022-cv-04453 |
| Plaintiff, | **Stipulation to Set Aside Default and re Deadline to Respond to Complaint** |
| vs. | **[FRCP 55(c); L.R. 7-1]** |
| GEORGE DIKIAN, QAING DU, AND JOHN DOE, | |
| Defendants. | |

F.R.C.P. 55(c) provides that the Court may set aside the clerk's entry of default for good cause.  The parties hereby stipulate to excuse the default by Defendant George Dikian, due to the nature and complexity of the Plaintiff's allegations and newly incoming counsel for Defendant George Dikian needing extra time to investigate the matter.

The parties further hereby stipulate that Defendant George Dikian shall answer or otherwise respond to Plaintiff's Complaint no later than December 9, 2022.  This stipulation does not alter any Scheduling Order of the Court.

Stipulation to Set Aside Default and re
Deadline to Respond to Complaint
Case No. 2:2022-cv-04453                    1

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED, December 1, 2022.

RODENBAUGH LAW

By: _____
    Mike Rodenbaugh

*Attorneys for Defendant*
*George Dikian*

LEWIS & LIN LLC

By: _____/Brett Lewis/_____
    Brett Lewis

*Attorneys for Plaintiff VPN.com LLC*

Stipulation to Set Aside Default and re
Deadline to Respond to Complaint         2
Case No. 2:2022-cv-04453