Michael L. Rodenbaugh (California Bar No. 179059)
RODENBAUGH LAW
548 Market Street – Box 55819
San Francisco, California 94104
Phone:  (415) 738-8087
Email:  mike@rodenbaugh.com

*Attorneys for Defendant George Dikian*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC, | Case No.: 2:2022-cv-04453 |
| Plaintiff, | **[Proposed] Order Granting Stipulation to Set Aside Default and re Deadline to Respond to Complaint** |
| vs. | |
| GEORGE DIKIAN, QAING DU, AND JOHN DOE, | **[FRCP 55(c); L.R. 7-1]** |
| Defendants. | |

F.R.C.P. 55(c) provides that the Court may set aside the clerk's entry of default for good cause.  The parties have stipulated to excuse the default by Defendant George Dikian, due to the nature and complexity of the Plaintiff's allegations and newly incoming counsel for Defendant George Dikian needing extra time to investigate the matter.

The parties further have stipulated that Defendant George Dikian shall answer or otherwise respond to Plaintiff's Complaint no later than December 9, 2022.  This stipulation does not alter any Scheduling Order of the Court.

Stipulation to Set Aside Default and re
Deadline to Respond to Complaint
Case No. 2:2022-cv-04453

1

IT IS SO ORDERED, the clerk shall promptly set aside the default of the Defendant George Dikian, and that Defendant shall answer or otherwise respond to the Complaint no later than December 9, 2022.

_____
Judge Andre Birotte Jr.
United States District Court

Stipulation to Set Aside Default and re
Deadline to Respond to Complaint
Case No. 2:2022-cv-04453

2