1  Brett Lewis, Esq. (*pro hac vice*)
2  *Brett@iLawco.com*
3  Michael Cilento, Esq. (*pro hac vice*)
   *Michael@iLawco.com*
4  **LEWIS & LIN, LLC**
5  77 Sands Street, 6th Floor
   Brooklyn, NY 11201
6  Tel: (718) 243-9323
7  Fax: (718) 243-9326
8
   Ji-In Lee Houck (SBN 280088)
9  *jiin@houckfirm.com*
10 **THE HOUCK FIRM**
   16501 Ventura Blvd, Suite 400-199
11 Encino, CA 91436
12 Tel: (888) 446-8257
13 *Attorneys for VPN.COM LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC,<br>            *Plaintiff*,<br><br>    vs.<br><br>GEORGE DIKIAN;<br>QIANG DU; and<br>JOHN DOE<br><br>            *Defendants*. | Case No: 2:22-cv-04453-AB-MAR<br><br>**PLAINTIFF'S RESPONSE TO**<br>**COURT'S ORDER TO SHOW CAUSE** |

This Response is submitted pursuant to the Court's Order at ECF 27 (the "OSC") directing that VPN show cause why this action should not be dismissed for lack of prosecution.

In short, VPN had been working on its default judgment motion when counsel for the Defendant George Dikian ("Defendant Dikian") reached out to VPN's counsel to discuss the case, the possibility of expedited discovery, as well as other case management issues. At Defendant Dikian's request, VPN agreed to temporarily delay the filing of its default judgment motion while discussions took place. Due to disagreements over certain conditions sought by Defendant Dikian, relating to the exchange of expedited discovery and alleged privacy concerns related to Defendant Dikian making an appearance in the case, those discussions ended up taking longer than anticipated. The parties had been working on a timeline of next steps when Your Honor issued the OSC. Due to the OSC, VPN requested Defendant Dikian formally appear in the case, and VPN also agreed to set aside the entry of default against Defendant Dikian and allow until December 9, 2022, for Defendant Dikian to respond to the Complaint. *See* ECF 28, 29.

As to Defendant Qiang Du, VPN has not been contacted by any counsel and intends to proceed with a default judgment motion without further delay.

DATED: December 2, 2022

Brett E. Lewis
Michael D. Cilento
**LEWIS & LIN, LLC**

Ji-In Lee Houck (SBN 280088)
**STALWART GROUP**

By: _____
Michael D. Cilento (*pro hac vice*)
*Attorneys for Plaintiff VPN.COM LLC*

## Proof of Service

I, the undersigned, certify and declare that (i) I am over the age of 18 years, (ii) I am not a party to this action, (iii) I am admitted to practice law in this Court and case *pro hac vice*, and (iv) on December 2, 2022, I served a true and correct copy of the following documents to the following individuals by the following means:

Document:   Plaintiff's Response to Court's Order to Show Cause

To:   George Dikian via ECF to attorney of record Michael L Rodenbaugh:
       mike@rodenbaugh.com, docket@rodenbaugh.com, jonathan@rodenbaugh.com

To:   Qiang Du via email to rhwdomains@gmail.com

I declare under the penalty of perjury that the foregoing is true and correct.

By: _____
Michael D. Cilento