**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VPN.COM LLC, | : | Case No.: 2:2022-cv-04453 |
| Plaintiff, | : | |
| | : | **ORDER RE: Stipulation to Set Aside Default and re Deadline to Respond to Complaint** |
| vs. | : | |
| GEORGE DIKIAN, QAING DU, AND JOHN DOE, | : | |
| Defendants. | : | |

     F.R.C.P. 55(c) provides that the Court may set aside the clerk's entry of default for good cause.  The parties have stipulated to excuse the default by Defendant George Dikian, due to the nature and complexity of the Plaintiff's allegations and newly incoming counsel for Defendant George Dikian needing extra time to investigate the matter.

     The parties further have stipulated that Defendant George Dikian shall answer or otherwise respond to Plaintiff's Complaint no later than December 9, 2022. This stipulation does not alter any Scheduling Order of the Court.

IT IS SO ORDERED, the clerk shall promptly set aside the default of the Defendant George Dikian, and that Defendant shall answer or otherwise respond to the Complaint no later than December 9, 2022. The Order to Show Cause as to Defendant George Dikian is discharged.

Dated: December 6, 2022

_____

André Birotte Jr.
United States District Judge

2