UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 22-cv-04453-AB-MAR | Date: | December 8, 2022 |
|---|---|---|---|

Title: *VPN.Com LLC v. George Dikian, et al*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers]

On November 23, 2022, this Court issued an Order to Show Cause ("OSC") why this case should not be dismissed for lack of prosecution. (*See* Dkt. No. 27.) The OSC noted that Plaintiff obtained entry of default but had failed to seek default judgment pursuant to Fed. R. Civ. P. 55(b). (*See id.*) On December 1, 2022, Defendant George Dikian filed a Stipulation to Set Aside Default as to George Dikian, (*see* Dkt. No. 29), which this Court granted on December 6, 2022, (*see* Dkt. No. 31). On December 2, 2022, Plaintiff filed a Response to this Court's OSC, (*see* Dkt. No. 30). Plaintiff's Response notes that (1) the request for entry of default as to Defendant Dikian was set aside; and (2) Plaintiff intends to proceed with a default judgment motion as to Defendant Qiang Du "without further delay." (*Id.* at 2:5-26.) Plaintiff shall file their Default Judgment Motion as to Defendant Qiang Du on or before December 23, 2022.

Accordingly, the November 23, 2022 OSC is **DISCHARGED.**

**IT IS SO ORDERED**.