Brett Lewis, Esq. (*pro hac vice*)
*Brett@iLawco.com*
Michael Cilento, Esq. (*pro hac vice*)
*Michael@iLawco.com*
**LEWIS & LIN, LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326


Ji-In Lee Houck (SBN 280088)
*jiin@houckfirm.com*
**THE HOUCK FIRM**
16501 Ventura Blvd, Suite 400-199
Encino, CA 91436
Tel: (888) 446-8257
*Attorneys for VPN.COM LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC,<br>　　　　　*Plaintiff*,<br><br>　　vs.<br><br>GEORGE DIKIAN;<br>QIANG DU; and<br>JOHN DOE<br><br>　　　　　*Defendants*. | Case No: 2:22-cv-04453-AB-MAR<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT QIANG DU** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff VPN.COM LLC ("VPN") hereby gives notice that Defendant QIANG DU ("Defendant Du") is hereby voluntarily dismissed from this action without prejudice. Defendant Du has not served an answer or motion for summary judgment in this action. Accordingly, dismissal is appropriate pursuant to Rule 41(a)(1)(A)(i).[1]

DATED: December 22, 2022

        Brett E. Lewis
        Michael D. Cilento
        **LEWIS & LIN, LLC**

        Ji-In Lee Houck (SBN 280088)
        **STALWART GROUP**

By: _____
        Michael D. Cilento (*pro hac vice*)
        *Attorneys for Plaintiff VPN.COM LLC*

---

[1] While VPN had previously informed this Court that VPN would seek a default judgment against Defendant Du (ECF 30), after further consideration and investigation, at this time, VPN believes it makes sense and wishes to proceed only against Defendant George Dikian.

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT QIANG DU**

**Proof of Service**

I, the undersigned, certify and declare that (i) I am over the age of 18 years, (ii) I am not a party to this action, (iii) I am admitted to practice law in this Court and case *pro hac vice*, and (iv) on December 22, 2022, I served a true and correct copy of the following documents to the following individuals by the following means:

Document: Notice of Voluntary Dismissal As to Defendant Qiang Du

To: George Dikian via ECF to attorney of record Michael L Rodenbaugh: mike@rodenbaugh.com, docket@rodenbaugh.com, jonathan@rodenbaugh.com

To: Qiang Du via email to rhwdomains@gmail.com

I declare under the penalty of perjury that the foregoing is true and correct.

By: _____
Michael D. Cilento