Name, Address and Telephone Number of Attorney(s):

LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VPN.COM LLC

Plaintiff(s)

v.

GEORGE DIKIAN, et al.

Defendant(s).

CASE NUMBER:

2:22-cv-04453-AB-MAR

**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☐ The parties stipulate that _____ may serve as the Panel Mediator in the above-captioned case. _____ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____ (Date) and counsel will submit mediation statements seven calendar days before the session.

☑ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: Business/Commercial Litigation; Copyright/Trademark; Personal Injury

Dated: March 7, 2023        /s/ Michael D. Cilento
                            Attorney For Plaintiff   VPN.Com LLC

Dated: _____       _____
                            Attorney For Plaintiff

Dated: March 7, 2023        /s/ Michael Rodenbaugh
                            Attorney For Defendant   George Dikian

Dated: _____       _____
                            Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)        **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**