1  Ji-In Lee Houck (SBN 280088)
   *jiin@houckfirm.com*
2  **THE HOUCK FIRM**
   16501 Ventura Blvd, Suite 400-199
3  Encino, CA 91436
   Tel: (888) 446-8257
4

5  Brett Lewis, Esq. (*pro hac vice*)
   *Brett@iLawco.com*
6  Michael Cilento, Esq. (*pro hac vice*)
   *Michael@iLawco.com*
7  **LEWIS & LIN, LLC**
   77 Sands Street, 6th Floor
8  Brooklyn, NY 11201
   Tel: (718) 243-9323
9  Fax: (718) 243-9326

10 Attorneys for VPN.COM LLC

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13  VPN.COM LLC,
                    *Plaintiff*,          Case No: 2:22-cv-04453-AB-MAR
14
         vs.
15                                        **STIPULATION AND ORDER TO**
    GEORGE DIKIAN et al.                  **MODIFY SCHEDULING ORDER**
16
                    *Defendants*.
17

18

19

20

21
                         **STIPULATION AND ORDER**
                                    1

1  **WHEREAS**, on February 9, 2023, this Court issued a Scheduling Order

2  (ECF 39);

3  **WHEREAS**, the parties jointly request limited modification of certain

4  deadlines in the Scheduling Order as follows:

| Deadline | Current | Proposed |
|---|---|---|
| Hearing on Motion to Amend Pleadings / Add Parties | 05/24/2023 | 7/28/2023 |
| Non-Expert Discovery Cutoff | 07/10/2023 | 08/04/2023 |
| Expert Disclosure (initial) | 06/03/2023 | 07/03/2023 |
| Expert Disclosure (rebuttal) | 07/03/2023 | 08/03/2023 |
| Expert Discovery Cut-Off | 08/03/2023 | 09/04/2023 |

;

11  **WHEREAS**, good cause exists, as the parties require more time to

12  complete discovery obligations, due to the nature and complexity of the action

13  and discovery, and given certain scheduling conflicts of the parties and counsel

14  as relates to depositions; and

15  **WHEREAS**, the limited modifications will not affect the other dates in

16  the Scheduling Order;

17  **IT IS THUS STIPULATED AND AGREED**, by and between the

18  parties, through undersigned counsel, that the Scheduling Order is modified to

19  the extent of providing the following new case deadlines:

| Deadline | New Case Date |
|---|---|
| Hearing on Motion to Amend Pleadings / Add Parties | 07/28/2023 |
| Non-Expert Discovery Cutoff | 08/04/2023 |
| Expert Disclosure (initial) | 07/03/2023 |
| Expert Disclosure (rebuttal) | 08/03/2023 |
| Expert Discovery Cut-Off | 09/04/2023 |

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated: April 27, 2023     By:     */s/ Michael Cilento*
                                                 Michael D. Cilento (*proc hac vice*)
                                                 *Attorneys for Plaintiff*

Dated: April 27, 2023     By:     */s/ Mike Rodenbaugh*
                                                 Michael L. Rodenbaugh (SBN 179059)
                                                 *Attorneys for Defendant Dikian*