**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VPN.COM LLC,<br>                              *Plaintiff*,<br><br>        vs.<br><br>GEORGE DIKIAN et al.<br><br>                              *Defendants*. | Case No: 2:22-cv-04453-AB-MAR<br><br>**ORDER GRANTING STIPULATION** |

Having reviewed the Parties' Stipulation in Doc. 44, and the representations contained therein, and with good cause appearing, the Court hereby GRANTS the Stipulation.

The Scheduling Order in this case, Doc. 39, is modified to the extent of providing the following new case deadlines:

| Deadline | New Case Date |
|---|---|
| Hearing on Motion to Amend Pleadings / Add Parties | 07/28/2023 |
| Non-Expert Discovery Cutoff | 08/04/2023 |
| Expert Disclosure (initial) | 07/03/2023 |
| Expert Disclosure (rebuttal) | 08/03/2023 |
| Expert Discovery Cut-Off | 09/04/2023 |

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Hon. André Birotte, Jr.
United States District Judge

---

**ORDER GRANTING STIPULATION**