# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC,<br>    *Plaintiff*,<br><br>  vs.<br><br>GEORGE DIKIAN et al.<br>    *Defendants*. | Case No: 2:22-cv-04453-AB-MAR<br><br>**ORDER GRANTING STIPULATION** |

  Having reviewed the Parties' Stipulation (Dkt. No. 44), and the representations contained therein, and with good cause appearing, the Court hereby GRANTS the Stipulation.

  The Scheduling Order in this case, (Dkt. No. 39), is modified as indicated below:

| Deadline | New Case Date |
|---|---|
| Hearing on Motion to Amend Pleadings / Add Parties | 07/28/2023 |
| Non-Expert Discovery Cutoff | 08/04/2023 |
| Expert Disclosure (initial) | 07/03/2023 |
| Expert Disclosure (rebuttal) | 08/03/2023 |
| Expert Discovery Cut-Off | 09/04/2023 |

**IT IS SO ORDERED.**

Dated: May 03, 2023

_____
Hon. André Birotte Jr.
United States District Judge