ANDREW S. PAULY (SBN 90145)
SHORELINE, A Law Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401-1007
Tel: (310) 451-8001; Fax: (310) 395-5961

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| VPN.COM LLC, | 2:22-cv-04453-AB-MAR |
| Plaintiff(s) | |
| v. | |
| GEORGE DIKIAN, et al., | MEDIATION REPORT |
| Defendant(s). | |

**Instructions:** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): June 30, 2023 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by L.R. 16-15.5(b).

   ☐ Did not appear as required by L.R. 16-15.5(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.
   ☐ Defendant or defendant's representative failed to appear.
   ☐ Other:

3. Did the case settle?

   ☐ Yes, fully, on _____ (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☑ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: June 30, 2023

/s/ Andrew S. Pauly
Signature of Mediator

ANDREW S. PAULY
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*