1 | Ji-In Lee Houck (SBN 280088)
  | *jiin@houckfirm.com*
2 | **THE HOUCK FIRM**
  | 16501 Ventura Blvd, Suite 400-199
3 | Encino, CA 91436
  | Tel: (888) 446-8257
4 |
5 | Brett Lewis, Esq. (*pro hac vice*)
  | *Brett@iLawco.com*
6 | Michael Cilento, Esq. (*pro hac vice*)
  | *Michael@iLawco.com*
7 | **LEWIS & LIN, LLC**
  | 77 Sands Street, 6th Floor
8 | Brooklyn, NY 11201
  | Tel: (718) 243-9323
9 | Fax: (718) 243-9326

10 | *Attorneys for VPN.COM LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| VPN.COM LLC, | |
|---|---|
|            *Plaintiff*, | Case No: |
| vs. | 2:22-cv-04453-AB-MAR |
| GEORGE DIKIAN, et al. | **JOINT REPORT REGARDING SETTLEMENT CONFERENCE** |
|            *Defendant*. | |

1

1  Plaintiff VPN.com LLC ("VPN") and Defendant George Dikian
2  ("Dikian"), by and through undersigned counsel, hereby submit this Joint
3  Report Regarding Settlement Conference pursuant to Section I.D. of the
4  Scheduling Order in this Action.

5  VPN and Dikian both personally appeared, as well as their attorneys, at
6  the Mediation and Settlement Conference that was held on June 30, 2023. The
7  parties were unable to reach an agreement to settle the Action. The parties have
8  indicated willingness to talk further and are in the process of scheduling a
9  follow-up conference with each other to have those talks. At this time, the
10 parties do not believe that help from the Court is necessary for those further
11 discussions. The parties will update the Court if further talks materialize into a
12 settlement agreement.

Respectfully submitted:

Dated: July 7, 2023          By:   */s/ Michael Cilento*
                                   Michael D. Cilento (*proc hac vice*)
                                   *Attorneys for Plaintiff*

Dated: July 7, 2023          By:   */s/ Mike Rodenbaugh*
                                   Michael L. Rodenbaugh (SBN 179059)
                                   *Attorneys for Defendant Dikian*