Michael L. Rodenbaugh (California Bar No. 179059)
Jonathan Frost (California Bar No. 273189)
RODENBAUGH LAW
548 Market Street – Box 55819
San Francisco, California 94104
Phone: (415) 738-8087
Email:  mike@rodenbaugh.com

*Attorneys for Defendant
sued as George Dikian*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VPN.COM LLC, | CASE NO. 2:22-cv-04453-AB-MAR |
|---|---|
| *Plaintiff*, | |
| vs. | **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR TEMPORARY EMERGENCY ORDER** |
| GEORGE DIKIAN et al. | |
| *Defendants*. | |

Pursuant to Local Rules 7-19 and 7-19.1, and this court's Standing Order, Defendant sued as George Dikian requests a temporary emergency order requiring Plaintiff to refrain from filing any amended complaint or other document which names the real identity of the Defendant sued as the pseudonym George Dikian in this matter, or from otherwise disclosing Dikian's true identity publicly, until such time as the court has ruled on Defendant's Motion to Proceed under Pseudonym.

For good cause shown in the Application, the order is GRANTED.  Plaintiff shall not file any document which names the real identity of Defendant Dikian in this matter, and shall not otherwise disclose Dikian's true identity publicly, until such time as the court has ruled on Defendant's Motion to Proceed under Pseudonym.

[PROPOSED] *Ex Parte* Order
Case No. 2:22-cv-04453-AB-MAR

1

1 | Defendant shall file that Motion by Friday July 21, for regular noticed
2 | hearing.

DATED: JULY __, 2023

By: _____
HON. ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE

[PROPOSED] *Ex Parte* Order
Case No. 2:22-cv-04453-AB-MAR