Brett Lewis, Esq. (*pro hac vice*)
*Brett@iLawco.com*
Michael Cilento, Esq. (*pro hac vice*)
*Michael@iLawco.com*
**LEWIS & LIN, LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

Ji-In Lee Houck (SBN 280088)
*jiin@houckfirm.com*
**THE HOUCK FIRM**
16501 Ventura Blvd, Suite 400-199
Encino, CA 91436
Tel: (888) 446-8257

*Attorneys for VPN.COM LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC,<br>　　　　　*Plaintiff*,<br><br>　　vs.<br><br>GEORGE DIKIAN et al.<br><br>　　　　　*Defendants*. | Case No: 2:22-cv-04453-AB-MAR<br><br>**DECLARATION OF<br>MICHAEL D. CILENTO, ESQ.** |

I, Michael Cilento, declare as follows:

1. I am counsel to VPN in this action. I submit the following exhibits to this Response, which are true and correct copies of the exhibits, except that they have been redacted to remove Dikian's true identity pending this ex parte application. Such redactions required sanitizing the document of metadata, which may have cause certain inadvertent letter deletions (particularly as to the letter "s"). Unredacted and un-sanitized versions can be submitted to the Court.

2. **Exhibit A** is a letter from Cilento to Rodenbaugh dated February 3, 2023.

3. **Exhibit B** is an email from Cilento to Rodenbaugh dated April 26, 2023.

4. **Exhibit C** is an email from Rodenbaugh to Cilento dated April 26, 2023.

5. **Exhibit D** is an email from Cilento to Rodenbaugh dated July 10, 2023.

6. **Exhibit E** is an email from Rodenbaugh to Cilento dated July 12, 2023.

Dated: July 19, 2023     By: *Michael Cilento*
                              Michael Cilento

**DECLARATION OF MICHAEL D. CILENTO, ESQ.**

2