# Exhibit C

# Exhibit C



Mike Cilento   michael@ilawco.com

## Re: VPN v Dikian/▇▇▇ - amended complaint
1 message

**Mike Rodenbaugh** <mike@rodenbaugh.com>  Wed, Apr 26, 2023 at 8:04 PM
To: Mike Cilento <michael@ilawco.com>
Cc: Brett Lewis <brett@ilawco.com>, Michael Druckman <mdruckman@ilawco.com>

Counsel,

We propose to stipulate that the last day to file amended pleadings be extended out 90 days, to give the parties time to complete discovery and to mediate before taking this step which is going to make the case much harder to settle.  We see no urgency to file this now,  although  I  do understand the implication  of the current  schedule, as you have ex plained Please let me know if you agree to this proposed stipulation, and we can prepare it for filing tomorrow.

Thank you.



| | **Mike Rodenbaugh** |
|---|---|
| addre | 548 Market Street, Box 55819 |
| | San Franci co, CA 94104 |
| email | mike@rodenbaugh.com |
| phone: | +1 (415) 738-8087 |