# Exhibit E



LEWIS & LIN LLC
▶▶▶ INTERNET LAW COUNSEL                                    Mike Cilento   michael@ilawco com

---

## Re: VPN v. Dikian - Meet and Confer Memorialization

1 message

**Mike Rodenbaugh** <mike@rodenbaugh.com>                          Wed, Jul 12, 2023 at 6:40 PM
To: Mike Cilento <michael@ilawco.com>
Cc: Brett Lewis <brett@ilawco.com>, Jonathan Frost <jonathan@rodenbaugh.com>

Counsel,

It was a productive meeting.  It is good that we could get the depos set and agree to stay within the current trial schedule.

We agree with the proposal as stated, except re the Last Date to Hear Motion to Amend Pleadings.  As we discussed, that date was already extended more than two months to July 28,  The time for you to begin the meet and confer process to file such a motion is now long past.  We recall from the discussion in early May, and the draft of the Amended Complaint that you provided then, that you intended only  substantively to 1) remove the RICO claim; 2) change defendant name Dikian to ▮▮▮▮ throughout, and 3) add allegations about gato.com.

You have not raised any issue about amending the complaint since early May, and only today (when meeting and conferring on an unrelated discovery dispute) did you  suggest for the first time that you may al o  eek to add a new claim.  You did not even mention what that potential claim is, or how it could possibly be fair and not futile to raise it now. If you wanted to start a meet and confer process about that now, it is too late.  So, we cannot agree to any new claim being asserted, nor to amending the name of the defendant.

We would agree to allow you to amend the complaint by removing the RICO claim, and adding allegations about gato.com.  But that should be done by July 17 so that we have a set pleading prior to depositions.

Please provide an appropriate draft  stipulation along the  e line

Please also let me know the location for our client's deposition in or near ▮▮▮▮ , as soon as possible so I can make lodging arrangements.  I intend to take Mr. Gargiulo's deposition very near the Atlanta airport.



### Mike Rodenbaugh

**address:**      548 Market Street, Box 55819
                  San Francisco, CA 94104

**email:**        mike@rodenbaugh.com

**phone:**        +1 (415) 738-8087