Michael L. Rodenbaugh (California Bar No. 179059)
Jonathan Frost (California Bar No. 273189)
RODENBAUGH LAW
548 Market Street – Box 55819
San Francisco, California 94104
Phone: (415) 738-8087
Email: mike@rodenbaugh.com

*Attorneys for Defendant
sued as George Dikian*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC,<br><br>　　　　　　*Plaintiff*,<br><br>vs.<br><br>GEORGE DIKIAN et al.<br><br>　　　　　　*Defendants*. | CASE NO. 2:22-cv-04453-AB-MAR<br><br>**DECLARATION OF MIKE RODENBAUGH, ESQ. IN SUPPORT OF DEFENDANT'S MOTION TO PROCEED UNDER PSEUDONYM** |

I, Mike Rodenbaugh, am lead counsel in this matter on behalf of Defendant sued as George Dikian. I swear under penalty of perjury that the following statements are true and correct to the best of my knowledge:

1. Attached as Exhibit A is a true and correct copy of ICANN's *SSAC Report: Domain Name Hijacking*, dated July 12, 2005.

2. Attached as Exhibit B are true and correct copies of law firm web pages describing their domain name theft recovery services.

3. Attached as Exhibit C is a true and correct copy of Plaintiff's article published in December 2022 entitled *Domain Name Hijacking, Reverse Hijacking, and What To Do If Your Domain Name Is Stolen*.

4. Attached as Exhibit D is a true and correct copy of a news article from *Ars Technica* entitled "*Failed plot to steal domain name at gunpoint brings 14 year prison term.*"

5. Attached as Exhibit E is a true and correct copies of the expert report of Rod Rasmussen disclosed to Plaintiff on July 3, 2023.

6. Attached as Exhibit F is a true and correct copies of the expert report of Mark Seiden (redacted) disclosed to Plaintiff on July 3, 2023.

7. On December 15, 2022, Plaintiff's counsel forwarded a third-party subpoena seeking information about RPI, using RPI's real name.

8. On January 31, 2023, Plaintiff named RPI in Plaintiff's Initial Disclosure.

9. At least as early as February 27, 2023, Plaintiff received a copy of RPI's former Nevada driver's license in response to a subpoena to Escrow.com,.

10. On March 3, 2023, Plaintiff's counsel sent a letter to me stating "we will be seeking leave to amend our complaint to … name [RPI] as a party."

11. On May 8, 2023, Defendant signed RPI's name upon the sworn Verification of RPI's timely responses to Plaintiff's interrogatories, wherein RPI's real identity was stated in response to Interrogatory #1.

12. On July 14, 2023, Defendant RPI produced a copy of RPI's current Florida driver's license to Plaintiff's counsel, in response to Plaintiff's requests for production.

13. Plaintiff has sent at least seven third-party subpoenas seeking confidential information about RPI, including to Microsoft, Yahoo!, RPI's domain name registrar (Tucows), and RPI's domain escrow service

Declaration of Mike Rodenbaugh, Esq. ISO
Defendant's Motion to Proceed Under Pseudonym
Case No. 2:22-cv-04453-AB-MAR

2

(Escrow.com). All companies responded to Plaintiff's subpoenas without objection.[1]

14. Attached as Exhibit G is a true and correct copy of the opinion in *Alexander v. Falk*, No. 2:16-cv-02268-MMD-GWF (D. Nev. Aug. 30, 2017).

15. Attached as Exhibit H is a true and correct copy of the opinion in *Doe v. Mozer*, No. 2:16-cv-00210-KJD-VCF, at *2 (D. Nev. June 24, 2016).

16. Attached as Exhibit I is a true and correct copy of the opinion in *Discopolus, LLC v. City of Reno*, No. 3:17-CV-0574-MMD (VPC) (D. Nev. Nov. 16, 2017).

RESPECTFULLY SUBMITTED,

DATED: JULY 21, 2023

RODENBAUGH LAW

By: _____
Mike Rodenbaugh (SBN 179059)

*Attorneys for Defendant
sued as George Dikian*

---

[1] Except as to one subpoena subject to Defendant's pending Motion to Quash. C.D. Cal. Case No. 2:23-mc-00087-SPG-KS (subpoena to Bodis LLC).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of Mike Rodenbaugh, Esq. ISO
Defendant's Motion to Proceed Under Pseudonym
Case No. 2:22-cv-04453-AB-MAR

4