# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC<br><br>Plaintiff(s),<br><br>v.<br><br>GEORGE DIKIAN, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–04453–AB–MAR<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __7/21/2023__

Document No.:   __53__

Title of Document:   __Defendant's Motion to Proceed Under Pseudonym__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Local Rule 7–3 compliance statement missing.

Hearing information is missing, incorrect, or untimely.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  July 24, 2023              By:  _/s/ Grace Kami  grace_kami@cacd.uscourts.gov_
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**