# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC,<br>    *Plaintiff*,<br><br>vs.<br><br>GEORGE DIKIAN et al.<br><br>    *Defendants*. | Case No: 2:22-cv-04453-AB-MAR<br><br>**ORDER GRANTING STIPULATION** |

  Having reviewed the Parties' Stipulation (Dkt. No. 56), and the representations contained therein, and with good cause appearing, the Court hereby GRANTS the Stipulation.

  The Scheduling Order in this case (Dkt. No. 39) is modified to the extent that the non-expert discovery cutoff is extended to September 04, 2023.

1 **IT IS SO ORDERED.**

2 Dated: August 04, 2023

3
_____
Hon. André Birotte, Jr.
4 United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

**ORDER GRANTING STIPULATION**
2