# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC,<br>    *Plaintiff*,<br><br>vs.<br><br>GEORGE DIKIAN et al.<br><br>    *Defendants*. | Case No: 2:22-cv-04453-AB-MAR<br><br>**ORDER GRANTING STIPULATION** |

Having reviewed the Parties' Stipulation (Dkt. No. 56), and the representations contained therein, and with good cause appearing, the Court hereby GRANTS the Stipulation.

The Scheduling Order in this case (Dkt. No. 39) is modified as follows: The non-expert discovery cutoff is extended to September 04, 2023.

1 | **IT IS SO ORDERED.**

2 | Dated: August 9, 2023

3

_____
Hon. André Birotte Jr.
United States District Judge

---

**ORDER GRANTING STIPULATION**

2