Michael L. Rodenbaugh (California Bar No. 179059)
Jonathan Frost (California Bar No. 273189)
RODENBAUGH LAW
548 Market Street – Box 55819
San Francisco, California 94104
Phone: (415) 738-8087
Email: mike@rodenbaugh.com

*Attorneys for Defendant
sued as George Dikian*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE DIKIAN, et al.<br><br>Defendants. | CASE NO. 2:22-cv-04453-AB-MAR<br><br>**DEFENDANT GEORGE DIKIAN'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

PLEASE TAKE NOTICE, pursuant to L.R. 7-16, that Defendant George Dikian ("Dikian") does not oppose Plaintiff VPN.com LLC's ("Plaintiff") Motion for Leave to File First Amended Complaint, filed on September 6, 2023.

This statement is made pursuant to Local Rule 7-16, which requires that "any opposing party who no longer intends to oppose a motion, must file and serve a notice of withdrawal of the motion or opposition immediately, preferably no later than 7 days before the hearing." Defendant notes that the proposed Amended Complaint was not shared with Defendant's counsel until the afternoon immediately preceding the day Motion was filed.

RESPECTFULLY SUBMITTED,

Dated: September 8, 2023

RODENBAUGH LAW

By: /s/ Mike Rodenbaugh
Mike Rodenbaugh

*Attorneys for Defendant sued as George Dikian*

STATEMENT OF NON-OPPOSITION
CASE NO. 2:22-cv-04453-AB-MAR

2