

Log in      Register





Forums  >  News  >  **Warnings and Alerts**  >

## warning Do not use Intermediar.com silverbellxchange.com

AEProgram · May 1, 2022 · fraud, escrow scam

Watch      ···



**AEProgram**

Top Member   VIP   Blue Account

May 1, 2022 · 1K · 12 · 14 points                                    #1

Intermediar.com Intermediar was launched at the end of 2021. Uses namecheap and namecheap hosting. Typical escrow fraud setup. Typical fake reviews on https://www.trustpilot.com/review/intermediar.com (1 review history people)

The same people of the above mentioned domain are already setting up their new scam escrow site silverbellxchange.com. This domain was registered April 20 2022 uses NameCheap and their hosting (just like the one above) and as you guessed it, they already have good feedback on their site about their service. I am posting this now so when people search for silverbellxchange or silverbellxchange.com they see this post. DO NOT DEAL WITH ANY OF THESE PEOPLE, only use known escrow services like Escrow.com Dan.com etc!

If you ended up on this page please note that people continue to lose their domains to escrow fraud even after years of warnings. It does not matter what these people tell you, it is always fraud. They can even setup a few real transactions to scam others later on.

Beware, these are aggressive scammers, be suspect of all new accounts here shilling for them or others

NamePros uses cookies and similar technologies. By using this site, you are agreeing to our privacy policy, terms, and use of cookies.

✓ Accept      Learn more...

related threads

https://www.namepros.com/threads/intermediar-com-escrow-service.1272363/

https://www.namepros.com/threads/anyone-used-intermediar-com.1271240

↩ Reply

∧  **14**  ∨    ✧    **8**  Thanks    **3**  Like                                   💬 Quick reply

*The views expressed on this page by users and staff are their own, not those of NamePros.*


Sav    Keep 96% when you sell with Sav.    Start Selling    Ad

Sort by date   Sort by points

G    **garyford**
     👤 Established Member

🕐 May 1, 2022 · ⊖ Negative points                                          ⤴ #2

First of all I am not endorsing anything. People ask about this escrow service and I give my time to share my experience just like the same way I reply to other threads. I even mentioned I still prefer using escrow.com or others.

You are making serious false statements and your research is merely based on web results (reviews, maybe even websites using the same lay out, icons or script). Trustap.com used similar programming as escrow.com and back in the days people thought the same, but it did not stop me from using it. You are very known on this forum to be very critical, but you are going a little to far by accusing me of something I do not do.

I checked silverbellxchange.com and it seems to be registered recently while Intermediar.com has been registered in 2003, even though I'm not sure when they started to operate. Scammers choose the first option; their domains are usually registered recently.

And speaking about Namecheap, really has nothing to do, fraud can happen from any web hosting provider and we all know NetSol used to be a place for fraud.

I may be a new member here, but it doesn't make me a newbie to domaining. I'm still active on other forums. Everybody knows there are fake escrows out there, but I am happy to say I used intermediar without any issues, it does not mean any of you will have the same experience tho'.

⤺ Reply

∧  **-3**  ∨    ✦    **1**   Disagree    Like    Thanks                    💬 Quick reply



**AEProgram**
   👥 Top Member   | VIP |   | Blue Account |

🕓 May 1, 2022 · ⊕ 10 points                                   ⤨  #3

> garyford said:  ⬆
>
> First of all I am not endorsing anything. People ask about this escrow service and I give my time to share my experience just like the same way I reply to other threads. I even mentioned I still prefer using escrow.com or others.
>
> You are making serious false statements and your research is merely based on web results (reviews, maybe
>
> Click to expand...

You are trying very hard to support the scammers and in my opinion you are part of them / them. You know already that the domain Intermediar.com was listed on dan for years and only in late 2021 was it turned into this fraud site.

I did not accuse namecheap of anything. I do know that you are going to be making copies as you did with this site and create more fake sites just like scammers did with their scam appraisal fraud. I posted the other url here.

For people not into domaining reading this, I am warning you again never to use them.

Recap:

Intermediar.com is run by an aggressive band of fraudsters that rob and steal from people using fake escrow services and similar concepts.

Many of the scam sites they launch they use the same pattern, namecheap, namecheaphosting, fake reviews and shills of message boards / themselves like you see with @garyford

Here are some other examples, these sites had enough people robbed so they were exposed:

https://www.scamwarners.com/forum/viewtopic.php?f=10&p=431049

The domain is https://prestige-shipping.com/ robbed people using fake escrow, look at the site, same template all the time with small changes

Another one of their sites https://www.stop419scams.com/viewtopic.php?t=9949 the site is down now

Another fraud escrow site from this gang accessescrow.com

I can go on and share many more of this same gang.

A lot of people that are not experienced with see posts like those by @garyford and doubt what I wrote. They got a domain offer or someone is offering to sell them a name, they want this fraud escrow to be true and they will read what @garyford wrote or other shills here for the fraud escrow and they will decide to go and try it. I am warning you that you will get hurt, I know it's temping, but it's all fraud, don't even bother replying to them.

By the way, before you get impressed by their professional looking terms of service agreement https://intermediar.com/terms-amp-conditions/34 take a look at the company they ripped that agreement from https://paylax.de/en/agb this is another thing obviously a legit escrow company would do, steal legal agreements from others.

Last edited: May 1, 2022

↩ Reply

∧  **10**  ∨      ⊹      **1**   Thanks   Like                                  💬 Quick reply

---

**Lox**
💼 ___   VIP

🕐 May 1, 2022 · ⊕ 7 points                                                      ⤳ #4

The company name doesn't exist in the NL - Amsterdam chamber of commerce.
Maybe they operate under a separate name, but they have to provide the information on the website (EU regulation).
The address mentioned on the website is a proxy / virtual address w option to rent the office.
It is not easy to register the "escrow" service in NL,

Regards

↩ Reply



∧  7  ∨    ✦    2  Thanks    Like                                                    💬 Quick reply

**bmugford**
🗂 www.DataCube.com  PRO   VIP   ICA Member   ★★★★★★★★★★

🕐 May 1, 2022 · ⊕ 4 points                                                    ⤴ #5

The #1 asset any escrow company has is trust...That is something they build over time.

Who would trust some new escrow company with basically no track record or web presence, especially when many reputable alternatives exist? Please.

Brad

Last edited: May 1, 2022

                                                                    ↩ Reply

∧  4  ∨    ✦    3  Agree    1  Thanks    Like                                        💬 Quick reply

**bmugford**
🗂 www.DataCube.com  PRO   VIP   ICA Member   ★★★★★★★★★★

🕐 May 1, 2022 · ⊕ 1 point                                                    ⤴ #6

> garyford said: ⊕
>
> First of all I am not endorsing anything. People ask about this escrow service and I give my time to share my experience just like the same way I reply to other threads. I even mentioned I still prefer using escrow.com or others.
>
> You are making serious false statements and your research is merely based on web results (reviews, maybe
>
> Click to expand...

How did you find out about them, considering they really have no history and limited web presence?

What made you choose them over existing options like Escrow.com?

Just curious...

Brad

Last edited: May 1, 2022

↩ Reply

∧  1  ∨     ✦     2  Like     1  Thanks

💬 Quick reply

**Lox**
💼 ___ VIP

🕐 May 1, 2022 · ⊕ 3 points                                   ⓡ  #7

> bmugford said: ⊕
>
> The #1 asset any escrow company has is trust...That is something they build over time.
>
> Who would trust some new escrow company with basically no track record or web presence, especially when many reputable alternatives exist? Please.
>
> Brad

Sending someone at the door (address) to ask the manager / receptionist about the co. , first thing tomorrow morning.

Regards

↩ Reply

∧  3  ∨     ✦     1  Thanks     Like

💬 Quick reply

**garyford**
👥 Established Member

🕐 May 1, 2022 · ⊖ Negative points                          ⓡ  #8

I am here not to support scammers, you make me defend myself, that's what I am here for.
As a domains owner, buyer, seller, I will always defend myself against false accusations.
I am here just like anyone else trying to be involved in the domain market, having some negotiations in this community.

Now, I do not care what you say about Intermediar.co or any other escrow because it won't change me, just keep my name 'out of your fingers', because what you are trying to do is to harm me.

It's obvious when something doesn't suit you, only negativity counts.
Another thing, why would scammers buy a domain name on Dan to commit fraud. If it belonged to Dan then it should've been bought by someone.

↩ Reply

˄  -2  ˅        ✨   1   Disagree   Like   Thanks          💬 Quick reply

**G**   **garyford**
        👤 Established Member

🕐 May 1, 2022 · ⊖ Negative points          ⌁ #9

> **bmugford said:** ⬆
>
> How did you find out about them, considering they really have no history and limited web presence?
>
> What made you choose them over existing options like Escrow.com?
>
> Just curious...
>
> Brad

The other party wanted to use it first and of course I was just as skeptical as you are.

Last edited: May 1, 2022

↩ Reply

˄  -3  ˅        ✨   Like   Thanks          💬 Quick reply



**AEProgram**
👤 Top Member  VIP   Blue Account

🕐 May 1, 2022 · ⊕ 4 points          ⌁ #10

> **garyford said:** ⬆
>
> The other party wanted to use it first and of course I was just as skeptical as you are.

Typical "I too was skeptical at first" scammer reply

↩ Reply

⌃ **4** ⌄   ✦   **1** Like   **1** Thanks      💬 Quick reply

---

**saurabgami977**
⚇ Established Member

🕐 May 4, 2022 · ⊖ Negative points                    ⤙ #11

Trustpilot is a lifesaver

↩ Reply

⌃ **-1** ⌄   ✦   Like   Thanks      💬 Quick reply

---

**Lox**
💼 ___  [ VIP ]

🕐 May 4, 2022 · ⊕ 1 point                    ⤙ #12

> **Lox said:** ⬆
>
> Sending someone at the door (address) to ask the manager / receptionist about the co. , first thing tomorrow morning.
>
> Regards

In short - do not conduct business with an unregistered company (without a certificate of authority)

Regards

↩ Reply

⌃ **1** ⌄   ✦   Like   Thanks      💬 Quick reply



**Domainuu**

&#128100; Established Member

&#128339; Jul 29, 2022 · &#8853; 1 point                                                                   &#60; #13

Please all give your review on TrustPilot.com here..
https://www.trustpilot.com/review/intermediar.com

&#8630; Reply

&#94;   1   &#8744;        &#10024;        1   Like        Thanks                                    &#128172; Quick reply

Log in or sign up to reply here.

## Similar threads



**Do not use HostGator.com - FRAUD/SCAM**
william · May 26, 2023 · Reviews · hostgator, hostgator coupon code &#9660;
0 replies · May 26, 2023



alert **Epik.com owns a scam reviews website. The apple does not fall far from the tree...**
NameInbox · May 8, 2023 · Warnings and Alerts · epik, epic scam &#9660;
10 replies · May 20, 2023



warning **If you intend to use Domain Agents**
wolfis.com · Jul 3, 2023 · Warnings and Alerts · escrow.com, domainagents.com &#9660;
32 replies · Jul 17, 2023



information **Top Topics: Threads launched on .net; Domain Agents troubles; Afternic BIN landers' issues; Optimize your traffic domains; Set up your own registrar**
Acroplex · Jul 8, 2023 · NamePros Blog · top topics of the week, top topics &#9660;
3 comments · Thursday at 6:38 PM



news **Threads.com Laughing Off the Use of a .net Domain by Meta, Inc.**
News · Jul 10, 2023 · Domain Industry News · domain, domain names... &#9660;
3 replies · Jul 12, 2023

Share:     

## We're social

Facebook | Twitter | LinkedIn
YouTube | Articles

## Latest news

 **Different Ways Domain Investors Can Use Google Site: Search**
12 comments · Bob Hawkes

**ex DAN CEO Reza might actually come back**
32 replies · Lox

 **Lease-To-Own Domain Name Payment Plans**
9 comments · Bob Hawkes

**GoDaddy Expired Auctions can be tricked**
59 replies · Furquan

**Anxiety.org Sold For $100,000 Dave Evanson From Sedo**
7 replies · silentg

 **Afternic to expedite payments**
3 replies · equity78



## New posts

 **I want to sell My 500+ 5L .Com Domain**
Reply by Shojib

 **What's the best name you can sell me for $500 or less?**
389 posters · MarwanAshour

 **Please appraise my domains!**
Reply by Krane65

 **Need view for these .coms BIN prices - Is 250$ too low price ?**
2 posters · HostGeeks.com

T **Discuss and Report Any Details of Domain Name Sales**
596 posters · twiki

T **Your reg. of the day**
3K posters · twiki

## Auction activity

M **Scienceduty.com Starts 500$**

F **EJOQ.com**

 **M O Z A R T F E S T I V A L . org**

 **pandemic.pro**

 **BoardroomAi.com**



**Over the most recent 12 months, what percentage of your retail sales volume was reported on NameBio?**

## Polls of interest

M **What Are Domains Most Valued As?**
11 replies 32 voters

 **HOW CREATIVE IS THE DOMAIN INDUSTRY?**
4 replies 28 voters

 **Let's decide which top-level domain (TLD) you prefer for your new tech brand**
5 replies 37 voters

**Which is the best price?**
21 replies 47 voters

## Popular this week

⭐ **X.com --> Twitter rebrand**
15 points · 32 replies

**ex DAN CEO Reza might actually come back**
27 points · 32 replies

D **How to price domain correctly for selling fast?**
−8 points · 21 replies

**How do you get ideas?**
22 points · 16 replies

**Concerned about Fast Transfer**
22 points · 13 replies


Monetize your domains
**automatically.**
Get Free Early Access
Rethink parking with parkit.ai

## Community favorite

**Domain Name Sales During First Six Months Of 2023: Red Ink Almost Everywhere**
107 points · Bob Hawkes

## Popular this month

**What is happening to domaining? Is it in crisis?**
29 points · 106 replies

**GoDaddy Expired Auctions can be tricked**
25 points · 59 replies

**DAN will no longer allow the listing of .in domains.**
6 points · 58 replies

⭐ **Say something nice about an investor**
20 points · 44 replies

**New social network by Meta, Threads, is using a .net domain**
4 points · 37 replies

Blog favorites



Lease-To-Own Domain Name Payment Plans
9 comments · Bob Hawkes

Things to know about .XYZ; Reza Sardeha might return; Fast Transfer concerns; The future of GPT domains; So done with Epik
2 comments · Acroplex

DAN & VAT changes; India to hinder domain .in(vesting); Tricking expired GoDaddy auctions; LTO new at Afternic; Clicks but no money for Sedo domain
3 points · Acroplex

Forums  ›  News  ›  **Warnings and Alerts**  ›

NamePros Light   9:54 PM Etc/UTC