Michael L. Rodenbaugh (SBN 179059)
Jonathan Frost (SBN 273189)
RODENBAUGH LAW
548 Market Street, Box 55819
San Francisco, CA 94104
Phone: (415) 738-8087
Email:  mike@rodenbaugh.com
             jonathan@rodenbaugh.com
             docket@rodenbaugh.com

Attorneys for Defendant sued as
GEORGE DIKIAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| VPN.COM LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>GEORGE DIKIAN, et al.,<br><br>Defendant(s). | Case No.: 2:22-cv-04453-AB-MAR<br><br>**DECLARATION OF MICHAEL RODENBAUGH IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE UNDER SEAL**<br><br>Judge: Honorable Andre Birotte Jr.<br>Date: October 2, 2023<br>Courtroom: 7B |
|---|---|

I, Michael L. Rodenbaugh, do hereby declare as follows:

    1.    I am the owner and managing attorney at Rodenbaugh Law, lead counsel of record for Defendant sued as George Dikian in this matter. I am licensed to practice in the State of California, and I am admitted to practice before the U.S. District Court for the Central District of California.

    2.    I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath. I submit this declaration in support of Plaintiff VPN.COM LLC's Application for Leave to file portions of Plaintiff's Motion for Alternative

1           Declaration of Michael L. Rodenbaugh

Service; Declaration of Michael D. Cilento in Support of the Motion for Alternative Service; Exhibit A to the Cilento Declaration in Support of the Motion for Alternative Service; and Exhibit B to the Cilento Declaration in Support of the Motion for Alternative Service (collectively called "Documents" under seal), pursuant to Local Rule 7-11 and 79.

3. The Plaintiff's motion included citations to portions of the Defendant sued as George Dikian's Declaration. The cited portions of the declaration have been designated as confidential and already were previously filed under seal in this Court. *See* ECF 76. These portions of the Defendant's declaration ought to remain redacted and filed under seal in the Plaintiff's Motion for Alternative Service and attached filings, pursuant to the good cause shown supporting the Court's Order Granting Plaintiff's Application for leave to File Under Seal, granted September 29, 2023.

4. The Parties have conferred on numerous occasions and in depth as to the portions of the Documents that are designated as confidential and are to be filed under seal, so as to eliminate any excessive or unnecessary redactions of the record.

5. It is Defendant George Dikian's position that these citations to the Defendant's Deposition ought to remain confidential and under seal due to the highly sensitive nature of the information.

6. The Defendant maintains that any public disclosure of the aforementioned information would contravene the Defendant's long-established effort to protect his family and his financial security practices pseudonymously. Competitors, potential illegal hackers, and other ill-wishing parties would gain an unfair and illegitimate insight into Defendant George Dikian's personal family life and business security information location, accessibility, changes, records, and layers of security thereupon.

7. The name, location, home address of the Defendant's son, a non-party, is confidential information that any reasonable person would likely consider to be private and preferred to be kept as confidential rather than it be publicly disclosed in connection with Plaintiff's ill-advised and misguided fraud complaint.

//

//

1  I declare under penalty of perjury of the laws of the United States of America that the
2  foregoing is true and correct to the best of my knowledge and belief.
3  Executed on October 2, 2023.

By:  /s/ Mike Rodenbaugh

Mike L. Rodenbaugh (SBN 179059)

*Attorneys for Defendant
Sued as George Dikian*