1    Brett Lewis, Esq. (*pro hac vice*)
     *Brett@iLawco.com*
2    Michael Cilento, Esq. (*pro hac vice*)
     *Michael@iLawco.com*
3    **LEWIS & LIN, LLC**
     77 Sands Street, 6th Floor
4    Brooklyn, NY 11201
     Tel: (718) 243-9323
5    Fax: (718) 243-9326

6

7    Ji-In Lee Houck (SBN 280088)
     *jiin@houckfirm.com*
     **THE HOUCK FIRM**
8    16501 Ventura Blvd, Suite 400-199
     Encino, CA 91436
9    Tel: (888) 446-8257

10    *Attorneys for VPN.COM LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC,<br>        *Plaintiff*,<br><br>vs.<br><br>GEORGE DIKIAN et al.<br><br>        *Defendants*. | Case No: 2:22-cv-04453-AB-MAR<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

1 **WHEREAS**, Trial in this action is currently scheduled for November 7, 2023, at 8:30 a.m., and a Final Pretrial Conference scheduled for October 20, 2023, at 11:00am (*see* Doc. No. 39) ("Scheduling Order");

**WHEREAS**, the Court previously granted the Parties' stipulations to extend certain pretrial dates (but did not continue the Trial or Final Pretrial Conference) (Doc. No.'s 45, 58);

**WHEREAS**, currently pending before the Court is Plaintiff's Motion to Modify the Scheduling Order (including to continue the Trial and Final Pretrial Conference) (Doc. No. 78); and

**WHEREAS**, the Parties agree there is good cause for a first continuation of the Trial and Final Pretrial Conference and a further extension of certain pretrial deadlines, due to: the current case posture; the need to complete further discovery; and inconsistent pretrial filing dates currently in the original Scheduling Order;

**IT IS THUS STIPULATED AND AGREED**, by and between the parties, through undersigned counsel, that:

1. Upon the Court granting this stipulation, Plaintiff's currently pending Motion to Modify the Scheduling Order (Doc. No. 78) shall be deemed withdrawn;

2. The current Trial and Final Pretrial Conference are hereby continued and shall be taken off the Court's calendar; and

3. The Scheduling Order be modified as indicated in the below table, and any pretrial date not indicated below be governed by the prior Scheduling Order and subsequent modifications in Doc. No.'s 45, 58:

| Event | Court Order |
| --- | --- |
| Trial | 04/23/24 at 8:30 AM |
| Final Pretrial Conference | 04/12/24 at 11:00 AM |
| Trial Filings (Second Round) | 03/29/24 |
| Trial Filings (First Round) | 03/22/24 |
| Last Date to Hear Motion to Amend Pleadings/Add Parties | 03/01/24 |
| Last Date to Hear Motions (including Summary Judgment) | 03/01/24 |
| Non-Expert Discovery Cut-Off | 02/02/24 |

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated: October 12, 2023     By:     */s/ Michael Cilento*
Michael D. Cilento (*proc hac vice*)
*Attorneys for Plaintiff VPN.Com*

Dated: October 12, 2023     By:     */s/ Mike Rodenbaugh*
Michael L. Rodenbaugh (SBN 179059)
*Attorneys for Defendant Dikian*