Michael L. Rodenbaugh (California Bar No. 179059)
Jonathan Frost (California Bar No. 273189)
RODENBAUGH LAW
548 Market Street – Box 55819
San Francisco, California 94104
Phone:  (415) 738-8087
Email:  mike@rodenbaugh.com

*Attorneys for Defendant
sued as George Dikian*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC,<br><br>Plaintiff,<br><br>vs.<br><br>EITAN Z., sued as GEORGE DIKIAN,<br><br>Defendant. | CASE NO. 2:22-cv-04453-AB-MAR<br><br>**DEFENDANT'S STATEMENT OF PARTIAL NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE** |

PLEASE TAKE NOTICE, pursuant to L.R. 7-16, that Defendant Eitan Z., sued as George Dikian ("Dikian"), does not oppose Plaintiff VPN.com LLC's ("Plaintiff") Motion for Alternative Service, filed on October 16, 2023 (Dkt. #86), <u>*to the extent that motion seeks leave to alternatively serve a subpoena via certified US Mail*</u>.  However, Defendant's attorneys of record do not represent the intended party to be alternatively

served, and have never had any communications with him. So it would be inappropriate and ineffective for the Court to order service on the target of the subpoena via delivery to Counsel for Defendant. Therefore, Defendant and Defendant's counsel do oppose the Motion in that regard.

RESPECTFULLY SUBMITTED,

Dated: October 27, 2023                    RODENBAUGH LAW

By: *Mike Rodenbaugh* (signature)
    Mike Rodenbaugh

*Attorneys for Defendant Eitan Z., sued as George Dikian*