Brett E. Lewis, Esq. (*pro hac vice*)
*Brett@iLawco.com*
Michael D. Cilento, Esq. (*pro hac vice*)
*Michael@iLawco.com*
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

Ji-In Lee Houck (SBN 280088)
*jiin@houckfirm.com*
THE HOUCK FIRM
16501 Ventura Blvd, Suite 400-199
Encino, CA 91436
Tel: (888) 446-8257

*Attorneys for Plaintiff*
*VPN.COM LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VPN.COM LLC**, <br><br> Plaintiff; <br><br> v. <br><br> **George Dikian et al.**, <br><br> Defendants. | Case No. 2:22-cv-04453-AB-MAR <br><br> **STIPULATION OF VOLUNTARY DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties, though undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii), the above-captioned action be and hereby is settled and dismissed as against Defendant Eitan Z. a/k/a George Dikian, with prejudice, without costs, and without payment being made by either party.

Respectfully Submitted on November 20, 2023:

_____
Brett E. Lewis
Michael D. Cilento
LEWIS & LIN, LLC
77 Sands St., 6th Floor
Brooklyn, NY 11238
brett@ilawco.com
michael@ilawco.com

*Attorneys for VPN.COM LLC*

_____
/s/ Michael Rodenbaugh
Michael L. Rodenbaugh
Jonathan Frost
RODENBAUGH LAW
548 Market Street, Box 55819
San Francisco, CA 94104
mike@rodenbaugh.com
jonathan@rodenbaugh.com

*Attorneys for Eitan Z. a/k/a George Dikian*